John A. Bailey, Jr. (ISB No. 2619)
HAWLEY TROXELL ENNIS & HAWLEY LLP
412 W. Center Street, Suite 2000
P.O. Box 100
Pocatello, Idaho 83204
Telephone: 208-233-2001
Facsimile: 208-232-0150
Email: JBailey@hawleytroxell.com

Stephen P. Withee (OH Bar No. 69176)
John S. Higgins (OH Bar No. 68156)
FROST BROWN TODD LLC
10 West Broad Street
One Columbus Center, Suite 2300
Columbus, Ohio 43215
Phone: (614) 559-7265
Facsimile: (614) 464-1737
Email: swithee@fbtlaw.com and jhiggins@fbtlaw.com
*Pro Hac Vice Admitted*

*Attorney for Plaintiff VNS Federal Services, LLC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VNS FEDERAL SERVICES, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> PORTSMOUTH MISSION ALLIANCE, LLC., <br><br> Defendant. | Case No.: 4:19-CV-00204 <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW, the Plaintiff, VNS FEDERAL SERVICES, LLC, ("Plaintiff"), by and through its attorneys, HAWLEY TROXELL ENNIS & HAWLEY LLP, hereby files this Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). Plaintiff hereby dismisses this case without prejudice because the facts and circumstances involved in this matter

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE– Page 1**

are the same facts and circumstances pending in a second federal action which is case number 4:19-CV-00318.

DATED this 30th day of October, 2019.

HAWLEY TROXELL ENNIS & HAWLEY LLP

*[signature]*

John A. Bailey, Jr. (ISB No. 2619)
HAWLEY TROXELL ENNIS & HAWLEY, LLP

Stephen P. Withee (OH Bar No. 69176)
John S. Higgins (OH Bar No. 68156)
FROST BROWN TODD LLC
*Pro Hac Vice Admitted*

*Attorneys for Plaintiff VNS FEDERAL SERVICES, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| J. Michael Keyes<br>DORSEY & WHITNEY, LLP<br>Columbia Center<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>*Attorney for Defendant* | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[✓] E-mail: keyes.mike@dorsey.com |
| Ivan A. Boatner<br>Nicholas W. Diegel<br>BAKER DONELSON BEARMAN<br>CALDWELL & BERKOWITZ, P.C.<br>265 BROOKVIEW Centre Way, Suite 600<br>Knoxville, Tennessee 37919 | [ ] U.S. Mail, postage prepaid<br>[ ] Hand Delivery<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[✓] E-mail: iboatner@bakerdonelson.com<br>    ndiegel@bakerdonelson.com |

*[signature]*

JOHN A. BAILEY, JR.

VOLUNTARY DISMISSAL WITHOUT PREJUDICE– Page 2